| | | | |
|---|---|---|---|
| Karkalas v. Martin ................... | 3176 EDA 2015<br>Affirmed | 09/06/2016 | 12–11560<br>(Chester) |
| Com. v. Mitchell ..................... | 1751 MDA 2015<br>Affirmed,<br>Vacated and<br>Remanded | 09/06/2016 | CP–22–CR–0006021–<br>2012<br>(Dauphin) |
| Com. v. Wiles ....................... | 162 MDA 2016<br>Affirmed | 09/06/2016 | CP–21–CR–0001754–<br>1989<br>(Cumberland) |
| Com. v. Reese ...................... | 772 WDA 2015<br>Affirmed | 09/06/2016 | CP–02–CR–0005061–<br>2002<br>CP–02–CR–0005062–<br>2002<br>(Allegheny) |
| Com. v. Griffin [2] ................... | 1099 WDA 2015<br>Affirmed | 09/06/2016 | CP–02–CR–0009985–<br>1996<br>(Allegheny) |
| Dickerson v. DeSimone, Inc. .......... | 1581 EDA 2015<br>Affirmed | 09/07/2016 | 4526 August Term,<br>2011<br>(Philadelphia) |
| S.M.E. v. R.J.E. ..................... | 1937 EDA 2015<br>Affirmed | 09/07/2016 | OC1002022<br>(Philadelphia) |
| Com. v. Jackson ..................... | 2641 EDA 2015<br>Affirmed | 09/07/2016 | CP–51–CR–0014203–<br>2007<br>(Philadelphia) |
| Com. v. Self ........................ | 3091 EDA 2015<br>Affirmed | 09/07/2016 | CP–15–CR–0003439–<br>2007<br>(Chester) |
| Com. v. Robinson .................... | 3366 EDA 2015<br>Affirmed | 09/07/2016 | CP–51–CR–0837291–<br>1988<br>(Philadelphia) |
| Com. v. Norton ...................... | 3387 EDA 2015<br>Affirmed | 09/07/2016 | CP–09–CR–0000754–<br>2015<br>(Bucks) |
| In the Interest of: R.H. .............. | 3481 EDA 2015<br>Affirmed | 09/07/2016 | CP–51–AP–0000644–<br>2015<br>CP–51–DP–0000831–<br>2010<br>FID#51–FN–002045–<br>2010<br>(Philadelphia) |
| In the Interest of: R.H. .............. | 3482 EDA 2015<br>Affirmed | 09/07/2016 | CP–51–AP–0000645–<br>2015<br>CP–51–DP–0000832–<br>2010<br>FID# 51–FN–002045–<br>2010<br>(Philadelphia) |

---

2. Petition for reargument denied November 16, 2016.